## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

LESTER GENSEY and
CHRISTINE TIRPAK GENSEY, husband and
wife

                  Plaintiff(s),

                  v.

TIMOTHY D. PADGETT, P.A.
D/B/A PADGETT LAW GROUP

And

GREGORY FUNDING, LLC

                  Defendant(s).

Civil Case No: 5:23-cv-01007

**DEMAND FOR JURY TRIAL**

## <u>PRAECIPE TO DISMISS</u>

To the Clerk:

      Plaintiffs request the above captioned action be dismissed with prejudice in accordance

with F.R.Civ.P. 41(a), subject to the Court's approval.

By:    <u>/s/Robert P. Cocco</u>
        Robert P. Cocco, Esquire
        Co-cousnel for Plaintiff

Dated: April 24, 2024

                  **Ordered and Approved by the Court:**  On 05/01/2024:

                  <u>/s/ John M. Gallagher</u>
                  **HONORABLE JOHN M. GALLAGHER**
                  **UNITED STATES DISTRICT JUDGE**